# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

MICHAEL LOUIS RAMSEY, JR

v.                               Case No.: 3:20–mc–00063–TAV–HBG

SGT KIDD

<u>NOTICE of Deficiency (IFP)</u>

    The Court is in receipt of your complaint/petition. However, in order for this matter to proceed, you must either pay the required filing fee or submit (1) an application to proceed in forma pauperis without prepayment of fees and (2) a certified copy of your inmate trust account for the previous six–month period. Pursuant to E.D. Tenn. L.R. 4.5, this matter will be administratively closed if the deficiency is not cured within twenty days.